```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 18033
   OTIS L DAUGHRITY
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX
        Debtor
   SSN XXX-XX-0355


--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/14/2008 and was not confirmed.

     The case was dismissed without confirmation 10/06/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------

PEOPLES GAS LIGHT & COKE   UNSECURED           117.08         .00           .00
ALICIA DAUGHRITY           NOTICE ONLY      NOT FILED         .00           .00
IL STATE DISBURSEMENT UN   NOTICE ONLY      NOT FILED         .00           .00
HOUSEHOLD BANK             UNSECURED        NOT FILED         .00           .00
HOUSEHOLD BANK             UNSECURED        NOT FILED         .00           .00
BEST BUY                   UNSECURED        NOT FILED         .00           .00
CITY OF CHICAGO PARKING    UNSECURED          5020.00         .00           .00
COMMONWEALTH EDISON        UNSECURED           398.70         .00           .00
HOLLYWOOD VIDEO            UNSECURED        NOT FILED         .00           .00
CREDIT PROTECTION ASSOC    UNSECURED        NOT FILED         .00           .00
HOUSEHOLD BANK RHODES FU   UNSECURED        NOT FILED         .00           .00
HSBC AUTO FINANCE          UNSECURED        NOT FILED         .00           .00
ARROW FINANCIAL SERV       UNSECURED           599.07         .00           .00
DIRECTV                    UNSECURED        NOT FILED         .00           .00
NICOR GAS                  UNSECURED        NOT FILED         .00           .00
TCF BANK                   UNSECURED        NOT FILED         .00           .00
TCF BANK                   UNSECURED        NOT FILED         .00           .00
BENEFICIAL/HOUSEHOLD FIN   UNSECURED        NOT FILED         .00           .00
SALLIE MAE 3RD PARTY LSC   UNSECURED              .00         .00           .00
SALLIE MAE 3RD PARTY LSC   UNSECURED              .00         .00           .00
SALLIE MAE 3RD PARTY LSC   UNSECURED              .00         .00           .00
SALLIE MAE 3RD PARTY LSC   UNSECURED              .00         .00           .00
TCF BANK                   UNSECURED        NOT FILED         .00           .00
US BANK                    UNSECURED        NOT FILED         .00           .00
VERIZON WIRELESS           UNSECURED        NOT FILED         .00           .00
VERIZON WIRELESS           UNSECURED        NOT FILED         .00           .00
WILBUR LAW                 UNSECURED        NOT FILED         .00           .00
RMI/MCSI                   UNSECURED            95.00         .00           .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT      294.00          .00           .00
ISAC                       UNSECURED              .00         .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      3,500.00                        .00
TOM VAUGHN                 TRUSTEE                                          .00
DEBTOR REFUND              REFUND                                           .00

        Summary of Receipts and Disbursements:

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 08 B 18033 OTIS L DAUGHRITY
```

```
------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                          ---------------    ---------------
TOTALS                        .00                  .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 01/26/09             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE





                          PAGE   2
         CASE NO. 08 B 18033 OTIS L DAUGHRITY